# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARSHAK ARUTYUNYAN, <br><br>  Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Case No. CV 11-6170 JCG <br><br> **JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **dismissed without prejudice**.

Dated: March 20, 2012

_____
Hon. Jay C. Gandhi
United States Magistrate Judge